UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Criminal Action No. 6: 02-38-DCR |
| | ) | and |
| V. | ) | Civil Action No. 6: 09-7074-DCR |
| | ) | |
| RONNIE LEE HOWARD, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant/Movant. | ) | |

*** *** *** ***

Defendant Ronnie Lee Howard is currently serving a term of imprisonment of 293 months following his conviction for possession of firearms following a felony conviction. [Record No. 203] Howard was originally sentenced on October 31, 2003. [Record Nos. 138, 140] However, the matter was remanded for re-sentencing following the Supreme Court's decisions in *United States v. Booker*, and *United States v. Fanfan*, 543 U.S. 220 (2005). A second sentencing hearing was held on August 6, 2007, but the same term of incarceration was re-imposed. [Record Nos. 200, 203]

Howard filed a second appeal after entry of an Amended Judgment on August 8, 2007. [Record No. 205] On July 30, 2008, the United States Court of Appeals for the Sixth Circuit affirmed the defendant's sentence. [Record No. 225] Thereafter, Howard moved the Court for re-sentencing under 18 U.S.C. § 3582(c)(2). [Record No. 227] On October 30, 2008, the Court denied that motion. [Record No. 233] While Howard's appeal of the denial of his request for

re-sentencing was pending,[1] the defendant filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255. [Record No. 241]

On February 15, 2011, this Court denied Howard's motion seeking collateral relief under § 2255. Although Howard sought to appeal this Court's denial of his motion for collateral relief, his appeal was dismissed on November 8, 2012. [Record No. 276]

Howard has again returned to this Court seeking collateral relief. On September 21, 2015, Howard submitted a letter to the Chief Judge of this Court in which he requests that counsel be appointed to assist him in challenging his original designation as an Armed Career Criminal. Citing the Supreme Court's recent decision in *Johnson v. United States*, ___ U.S. ___, 135 S.Ct. 2551 (2015), Howard argues that he believes collateral relief may be available under 28 U.S.C. § 2255. The Clerk of the Court has docketed Howard's pleading as a motion for appointment of counsel. [Record No. 278]

Before Howard may again seek substantive relief from this Court under § 2255, he must obtain permission to file a second or successive appeal from the Sixth Circuit. The relevant statutory section of Title 28 of the United States Code specifically states that, "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(a)(3)(A).

Because this Court lacks jurisdiction to entertain the present motion, the matter will be transferred to the United States Court of Appeals for the Sixth Circuit so it may determined

---

[1] Howard's challenge to this Court's denial of his motion for re-sentencing under 18 U.S.C. § 3582(c)(2) was unsuccessful. On August 13, 2009, the Sixth Circuit affirmed the order denying the motion to reduce his sentence under this statutory section.

whether Howard may file a second or successive motion for relief under 28 U.S.C. § 2255. Accordingly, it is hereby

ORDERED as follows:

1. Defendant Ronnie Howard's motion seeking appointment of counsel [Record No. 278] shall be deemed to include a motion for leave to file a second or successive petition for collateral relief under 28 U.S.C. § 2255. The Clerk of the Court is **DIRECTED** to transfer that motion to the United States Court of Appeals for the Sixth Circuit as a second or successive petition seeking relief under 28 U.S.C. § 2255 in accordance with 28 U.S.C. § 2244 and Rule 9 of the Rules Governing Section 2255 Proceedings for the United States District Courts.

2. To the extent that Howard seeks appointment of counsel from this Court [Record No. 278], his request is **DENIED**, without prejudice to being renewed if the Sixth Circuit permits a second or successive petition to be filed under 28 U.S.C. § 2255.

This 22nd day of September, 2015.



Signed By:
*Danny C. Reeves* DCR
United States District Judge